# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-08-00131-CR

**Anthony Perez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
### NO. D-1-DC-07-904088, HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Anthony Perez seeks to appeal from a judgment of conviction for burglary of a habitation, with the punishment range enhanced by two prior felony convictions. Although the judgment recites that the terms of Perez's guilty plea were "unnegotiated," the reporter's record in this case reveals that a sentence was negotiated during Perez's plea hearing. Perez orally agreed in the hearing that he waived his right to appeal. The trial court stated that the range of sentencing would be from five to thirty-five years, then assessed sentence at thirty-five years in prison.

The trial court certified that this is a plea bargain case and that Perez has no right of appeal. Perez signed that certification. He nevertheless filed a notice of appeal in which he asserts that his plea was not voluntarily made. There is no indication that this contention was raised by written motion filed and ruled on before the plea, nor is there anything in the record indicating that Perez obtained the trial court's permission to appeal. *See* Tex. R. App. P. 25.2(a)(2). Accordingly,

Perez has no right to appeal and this appeal must be dismissed. *See id*. 25.2(d); *see also Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

Dismissed for want of jurisdiction.

_____

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:   June 6, 2008

Do Not Publish